1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 ROBERT MARC LEEDS,

10       Petitioner,                   Case No. 3:15-cv-00261-LRH-VPC

11 vs.                               **ORDER**

12

13 WARDEN BACA, *et al.*,

14       Respondents.

15

16       This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a

17 Nevada state prisoner.

18       Petitioner has filed a motion to proceed *in forma pauperis*. (ECF No. 4). Based on the

19 information regarding petitioner's financial status, the Court finds that the motion to proceed *in*

20 *forma pauperis* is granted.

21       Petitioner has filed a motion for the appointment of counsel. (ECF No. 5). Pursuant to 18

22 U.S.C. § 3006A(2)(B), the district court has discretion to appoint counsel when it determines that

23 the "interests of justice" require representation in a habeas corpus case. Petitioner has no

24 constitutional right to appointed counsel in a federal habeas corpus proceeding. *Pennsylvania v.*

25 *Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The

26 decision to appoint counsel is within the Court's discretion. *Chaney v. Lewis*, 801 F.2d 1191, 1196

27 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th

28 Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of

1   the case are such that denial of counsel would amount to a denial of due process.  *See Chaney*, 801

2   F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).

3        Petitioner has filed a petition and a first amended petition.  (ECF Nos. 1-1 & 3).  The federal

4   habeas petitions submitted in this action include many claims, the contents of which suggest that it

5   may be a relatively complex action.  In the underlying state criminal case, petitioner was convicted

6   of first degree murder and was sentenced to imprisonment for life with the possibility of parole.

7   The Court grants petitioner's motion for the appointment of counsel.

8        Therefore, the Federal Public Defender for the District of Nevada (FPD) is appointed to

9   represent petitioner.  If the FPD is unable to represent petitioner, due to a conflict of interest or other

10   reason, then alternate counsel for petitioner shall be located, and the Court will enter a separate

11   order appointing such alternate counsel.  In either case, counsel will represent petitioner in all future

12   federal proceedings relating to this matter (including subsequent actions) and appeals therefrom,

13   unless allowed to withdraw.

14        **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF

15   No. 4) is **GRANTED**.

16        **IT IS FURTHER ORDERED** that petitioner's motion for the appointment of counsel (ECF

17   No. 5) is **GRANTED**.  The Federal Public Defender is appointed to represent petitioner.

18        **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL ELECTRONICALLY**

19   **SERVE** the Federal Public Defender for the District of Nevada (FPD) a copy of this order, together

20   with a copy of the original petition and first amended petition (ECF Nos. 1-1 & 3).  The FPD shall

21   have **thirty (30) days** from the date of entry of this order to undertake direct representation of

22   petitioner or to indicate to the Court its inability to represent petitioner in these proceedings.

23        **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL** add Attorney General Adam

24   Paul Laxalt to the CM/ECF docket sheet as counsel for respondents and serve respondents with a

25   copy of this order.

26        **IT IS FURTHER ORDERED** that respondents' counsel **SHALL ENTER** a notice of

27   appearance herein within **ten (10) days** of entry of this order.

28   ///

1    **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** a copy of this order

2  to the CJA Coordinator.

3    **IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case,

4  the Court will issue a scheduling order, which will, among other things, set a deadline for the filing

5  of a second amended petition.

6    DATED this 28th day of October, 2015.

7

8    _____
     LARRY R. HICKS
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28