# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT MARC LEEDS,

    Petitioner,

    v.

ISIDRO BACA, et al.

    Respondents.

3:15-cv-00261-LRH-VPC

**ORDER**

Petitioner's unopposed motion for an extension of time (ECF No. 53) is GRANTED. Petitioner shall have up to and including March 12, 2018, within which to file an opposition to the respondents' motion to dismiss. Petitioner is advised, however, that given the lengthy extension granted by this order, the Court is unlikely to grant any further extensions of the time for opposing the motion to dismiss.

IT IS SO ORDERED.

DATED this 12th day of December, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE