UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT MARC LEEDS,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WARDEN BACA, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:15-cv-00261-LRH-VPC<br><br>ORDER |

Respondents' unopposed motion for enlargement of time (ECF No. 57) is GRANTED. Respondents shall have to and including April 18, 2018, within which to file a reply to petitioner's opposition to respondents' motion to dismiss.

DATED this 19th day of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1