# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ROBERT MARC LEEDS,

          Petitioner,

v.

WARDEN BACA, et al.,

          Respondents.

Case No. 3:15-cv-00261-LRH-VPC

ORDER

Respondents' second unopposed motion for enlargement of time (ECF No. 59) is GRANTED. Respondents shall have to and including May 2, 2018, within which to file a reply to petitioner's opposition to respondents' motion to dismiss.

DATED this 20th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1