UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ROBERT MARC LEEDS, | Case No. 3:15-cv-00261-LRH-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BACA, et al., | |
| Respondents. | |

Respondents' unopposed motion for enlargement of time (ECF No. 65) is GRANTED. Respondents shall have to and including September 27, 2018, within which to file an answer to the remaining claims of the petition in this case.

DATED this 15th day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1