ADAM PAUL LAXALT
  Attorney General
JEFFREY M. CONNER (Bar No. 11543)
  Assistant Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Tele: (775) 684-1100
Fax:  (775) 684-1108
Email: jconner@ag.nv.gov
Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| ROBERT MARC LEEDS, | Case No. 3:15-cv-00261-LRH-VPC |
|---|---|
| Petitioner, | **MOTION FOR ENLARGEMENT OF TIME (SECOND REQUEST)** |
| vs. | |
| WARDEN BACA, *et al.*, | |
| Respondents. | |

Respondents, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a forty-seven (47) day enlargement of time, to and including November 13, 2018, in which to file and serve their answer to the remaining claims for relief.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

There has been one prior enlargements of Respondents' time to file said response, and this motion is made in good faith and not for the purposes of delay.

DATED this 13th day of August, 2018.

                                              ADAM PAUL LAXALT
                                              Attorney General

                              By:    /s/ Jeffrey M. Conner
                                       JEFFREY M. CONNER (Bar No. 11543)
                                       Assistant Solicitor General

ADAM PAUL LAXALT
  Attorney General
JEFFREY M. CONNER (Bar No. 11543)
  Assistant Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Tele: (775) 684-1100
Fax:  (775) 684-1108
Email: jconner@ag.nv.gov
Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MARC LEEDS,<br><br>                Petitioner,<br><br>  vs.<br><br>WARDEN BACA, *et al.*,<br><br>                Respondents. | Case No. 3:15-cv-00261-LRH-VPC<br><br>**DECLARATION OF COUNSEL** |

      I, JEFFREY M. CONNER, declare under penalty of perjury:

      1.     I am an Assistant Solicitor General employed by the Office of the Attorney General of the State of Nevada, and I make this declaration on behalf of Respondents' motion for enlargement of time in the above-captioned matter.

      2.     By this motion, I am requesting an enlargement of forty-seven (47) days to, and including, November 13, 2018, to file an answer to the remaining claims for relief.  This is my second request for an extension to file the answer.

      3.     Since Respondents filed their first motion for enlargement, I have been extremely busy working on numerous state and federal cases, including active capital habeas matters, *Hernandez v. Filson*, 3:09-cv-00545 (D. Nev), *Ybarra v. Filson*, No. 3:00-cv-00233 (D. Nev.), and *Nika v. Filson*, No. 3:09-cv-00178 (D. Nev.).  And more recently, I have been focused on addressing filing deadlines, similar to this one, that had to be extended as a result of the focus I had to place on those capital matters.  In light of the foregoing, I still need additional time to adequately prepare an answer to the

remaining claims for relief, and respectfully request that this Court issue an order granting Respondents an enlargement of forty-five (45) days to, and including, November 13, 2018, to file an answer.

4. I reached out to opposing counsel, Assistant Federal Defender T. Kenneth Lee, and he indicated he has no objection to Respondents' request for an extension of time.

5. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Jeffrey M. Conner
JEFFREY M. CONNER (Bar No. 11543)

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 26th day of September, 2018, I served a true and correct copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME (SECOND REQUEST)**, by U.S. District Court CM/ECF electronic filing to:

T. KENNETH LEE
Assistant Federal Public Defender
411 East Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101

/s/ Amanda White