UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT MARC LEEDS,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>WARDEN BACA, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:15-cv-00261-LRH-CBC<br><br>ORDER |

Respondents' second unopposed motion for enlargement of time (ECF No. 68) is GRANTED. Respondents shall have to and including November 13, 2018, within which to file an answer to the remaining claims of the petition in this case.

DATED this 27th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1