UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT MARC LEEDS,<br><br>                Petitioner,<br>v.<br><br>WARDEN BACA, et al.,<br><br>                Respondents. | Case No. 3:15-cv-00261-LRH-CBC<br><br>ORDER |

Respondents' third unopposed motion for enlargement of time (ECF No. 70) is GRANTED. Respondents shall have to and including November 27, 2018, within which to file an answer to the remaining claims of the petition in this case.

DATED this 14th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1