UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT MARC LEEDS,<br><br>                         Petitioner,<br>    v.<br>WARDEN BACA, et al.,<br><br>                         Respondents. | Case No. 3:15-cv-00261-LRH-CBC<br><br>ORDER |

Respondents' fourth unopposed motion for enlargement of time (ECF No. 72) is GRANTED. Respondents shall have to and including December 11, 2018, within which to file an answer to the remaining claims of the petition in this case.

DATED this 29th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1