# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT MARC LEEDS,<br><br>                 Petitioner,<br>v.<br>WARDEN BACA, et al.,<br><br>                 Respondents. | Case No. 3:15-cv-00261-LRH-CBC<br><br>ORDER |

    Respondents' fifth unopposed motion for enlargement of time (ECF No. 74) is GRANTED. Respondents shall have to and including December 13, 2018, within which to file an answer to the remaining claims of the petition in this case.

    DATED this 12th day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1