# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| ROBERT MARC LEEDS,<br><br>Petitioner,<br>v.<br>WARDEN BACA, et al.,<br><br>Respondents. | Case No. 3:15-cv-00261-LRH-CBC<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 77) is GRANTED. Petitioner will have until April 15, 2019, to file a reply to respondents' answer to the petition in this case.

DATED this 25th day of January, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1