UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT MARC LEEDS,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>WARDEN BACA, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:15-cv-00261-LRH-CBC<br><br>ORDER |

Petitioner's second unopposed motion for extension of time (ECF No. 80) is GRANTED. Petitioner will have until June 14, 2019, to file a reply to respondents' answer to the petition in this case. Further extensions of time are not likely to be granted.

DATED THIS 15 day of April 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1